IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREG & COMPANY, LLC., | |
| Plaintiff, | Case No.: 1:24-cv-04225 |
| v. | Judge Franklin U. Valderrama |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Keri L. Holleb Hotaling |
| Defendants. | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 124 | Dinisonka |
| 130 | LTTH LLC STORE GIFT |
| 92 | Oneigo |
| 126 | putianshichengxiangquduochunrubaihuoshanghang |
| 11 | Lixx-US |
| 128 | Wallanime poster |
| 46 | GuangZhouHuangShuoMaoYiYouXianGongSis |
| 145 | GuangZhouShiMoWenShangMaoYouXianGongSihbh |
| 105 | monte mall |
| 115 | qianyuwenxinxikeji |
| 192 | Love Blankets |
| 197 | kesaier one |
| 99 | ROUNDTRSG |
| 163 | YaYiYo Gift & Decoration |
| 183 | Excellent auto parts |
| 75 | mengyuegz |
| 76 | ChenShouQuan111 |

| | |
|---|---|
| 78 | Carcenry |
| 81 | Husony |
| 86 | FUGIDOG |
| 87 | One Bear |
| 89 | CZXW |
| 90 | PYBUG |
| 94 | Hanihan |
| 95 | DoMouse |
| 96 | FuFuDog |
| 50 | FRMG |
| 51 | FULUHUAPIN(Holiday Promotion) |
| 59 | HYFA |
| 68 | Shanwenks |
| 69 | Second Speed SS |
| 70 | hagan panting |
| 71 | Giorgruth |
| 72 | wesley Hu |
| 74 | Y Literati |
| 77 | Lmposing |
| 79 | Leif Gao |
| 80 | Gardeish |
| 83 | Horace Yu |
| 84 | Gallegils |
| 64 | Foiosoh |
| 65 | YQJS |
| 148 | Yike Jianshe |
| 149 | zhengduokeji |
| 150 | YAJIEFS |
| 152 | Y B store |
| 155 | huangxiaoyann |
| 156 | Custom Universal |
| 157 | YUIBOO |
| 159 | Joy World Store |
| 160 | Customize your home |
| 161 | QIUYA |
| 151 | YXXCM |
| 158 | ODAWA |
| 193 | An old story |
| 5 | wangjiefeimaoshangwen |
| 21 | longxiyueshangmao |
| 35 | jinkuibaihuo |
| 100 | yayaai |

DATED: July 10, 2024          Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 10, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

               */s/ Keith A. Vogt*
               Keith A. Vogt